# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Charles Edward Erdmann,                          Civil No. 13-2982 (DWF/SER)

       Plaintiff,

v.                                               **ORDER ADOPTING REPORT**
                                                 **AND RECOMMENDATION**

Jeff Hanson; Thor Howe, Lakeville Police
Department; Jason Haider, Lakeville Police
Department; Agent Phil Windschitl, Dakota
County; Agent Matt Wayne, Dakota County;
Agent Casey Smith, Dakota County; Agent Dan
Bianconi, Dakota County; Agent Bryan Schowalter,
Dakota County; Agent Jeremiah Simonson,
Dakota County; Agent Jeff Thul, Dakota County;
Agent Tom Booth, Dakota County; Agent John
Decker, Dakota County; Agent Cassie Redmond,
Dakota County; Agent Derek Schultz, Dakota
County; Agent Chris Roche, Dakota County;
Agent Blake Pederson, Dakota County; and
Agent John Larrive, Dakota County,

       Defendants.


       The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Steven E. Rau dated January 13, 2014.  (Doc. No. 4.)

No objections have been filed to that Report and Recommendation in the time period

permitted.  The factual background for the above-entitled matter is clearly and precisely

set forth in the Report and Recommendation and is incorporated by reference.  Based

upon the Report and Recommendation of the Magistrate Judge, and upon all of the files,

records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.      Magistrate Judge Steven E. Rau's January 13, 2014 Report and

Recommendation (Doc. No. [4]) is **ADOPTED**.

2.      This action is **DISMISSED WITHOUT PREJUDICE**.

3.      Plaintiff's application to proceed *in forma pauperis* (Doc. No. [2]) is

**DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 28, 2014              s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge

2